| | | | | |
|---|---|---|---|---|
| Teska v. UCBR ................ | 1669CD16 | 05/11/2017 | Unemployment Compensation Board of Review B–591940 | Affirmed |
| Phillips v. UCBR .............. | 1191CD16, 1192CD16, 1193CD16, 1194CD16, 1195CD16, 1196CD16, 1197CD16, 1198CD16 | 05/12/2017 | Unemployment Compensation Board of Review B–589767 | Vacated and Remanded |
| Bullock v. DOC ................ | 241MD16 | 05/12/2017 | Original Jurisdiction | Objections Sustained |
| 222 Development Group LLC v. Maxatawny Twp ............ | 1541CD16 | 05/12/2017 | Berks County 13–609 | Affirmed |
| Alvin H. Butz, Inc. v. WCAB (Wesnak) ................... | 1682CD16 | 05/12/2017 | Workers' Compensation Appeal Board A15–1235 | Affirmed |
| Cond. by Sunoco Pipeline, In re | 219CD16, 220CD16 | 05/15/2017 | Huntingdon County 2015–0972 | Affirmed |
| Barrett v. DOT ................ | 858CD16 | 05/15/2017 | Allegheny County SA 16–000009 | Vacated |
| Hummelstown Swim Club v. Boro of Hummelstown ....... | 141CD16 | 05/16/2017 | Dauphin County No. 2014–CV–11192–LU | Affirmed |
| Witmer v. UCBR .............. | 1214CD16 | 05/16/2017 | Unemployment Compensation Board of Review B–589623 | Affirmed |
| Lawson v. Department of Corrections ................... | 644MD16 | 05/16/2017 | Original Jurisdiction | Objections Sustained |
| Hamilton v. PennDOT ......... | 2705CD15 | 05/17/2017 | Luzerne County 6677–2014 | Affirmed |
| PA Rstrnt & Lodging v. City of Pgh ....................... | 79CD16, 101CD16 | 05/17/2017 | Allegheny County G.D. 15–016442 | Affirmed |
| SEIU Local 32BJ v. City of Pgh | 100CD16, 102CD16 | 05/17/2017 | Allegheny County No. GD 15–13329 | Affirmed |
| Huggins v. UCBR .............. | 341CD16 | 05/17/2017 | Unemployment Compensation Board of Review B–585271 | Affirmed |
| Cleary v. UCBR ................ | 795CD16 | 05/17/2017 | Unemployment Compensation Board of Review B–588383 | Affirmed |